TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (510) 970-4809
    Facsimile: (415) 744-0134
    Email: Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MICHELLE EDITH ROSSER, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:21-cv-06553-JLS-KES <br><br> **JUDGMENT** |

1  Having approved the parties' Stipulation to Remand Pursuant to Sentence
2  Four of 42 U.S.C. § 405(g) and to Entry of Judgment, THE COURT ADJUDGES
3  AND DECREES that judgment is entered for Plaintiff.

DATED:  12/7/2021            *Karen E. Scott*
                             HON. KAREN E. SCOTT
                             UNITED STATES MAGISTRATE JUDGE